# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION OF NANCY NOLETTE.

No. 69820

NANCY NOLETTE,
Appellant,
vs.
THE CITY OF BOULDER CITY,
Respondent.

FILED

MAR 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a petition for declaratory relief, in which petitioner challenged the validity of a ballot question. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Having considered the parties' briefs and the record, we agree with the district court's reasoning and affirm the district court's order in this matter. In particular, nothing in section 143 of the Boulder City Charter prohibits Boulder City from seeking the voters' authorization for a continuing authorization for the expenditure of a set amount of funds from the City's capital improvement fund. The ballot question also meets the

17-09920

single subject rule because maintenance and improvement of City facilities and infrastructure are functionally related and germane to each other. *Nevadans for the Prot. of Prop. Rights, Inc. v. Heller*, 122 Nev. 894, 908, 141 P.3d 1235, 1244 (2006).

Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, C.J.
Cherry

_____, J.
Douglas

_____, J.
Pickering

_____, J.
Parraguirre

_____ J.
Gibbons

_____, J.
Hardesty

_____, J.
Stiglich

---

[1]We decline to address appellant's remaining argument as it was not raised in the district court. *Old Aztec Mine, Inc. v. Brown*, 97 Nev. 49, 52, 623 P.2d 981, 983 (1981). Any service irregularities regarding respondent's answering brief are moot because appellant timely filed her reply brief. We therefore decline to take any action in regard to appellant's letter to this court filed on December 22, 2016.

cc:   Hon. Linda Marie Bell, District Judge
Nancy Nolette
Boulder City Attorney
Grant Morris Dodds PLLC
Eighth District Court Clerk